UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNION SQUARE PARTNERSHIP, INC.,

                    Plaintiff,      Docket No. 08-cv-3101 (KAM) (JMA)

-v-

SAVITRI DURKEE,

                    Defendant.
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS**, Plaintiff Union Square Partnership, Inc. and Defendant Savitri Durkee have settled the above-captioned matter:

**IT IS HEREBY STIPULATED** by and between Plaintiff Union Square Partnership, Inc., through its counsel, and Defendant Savitri Durkee, through her counsel, that Ms. Durkee shall be dismissed with prejudice from Plaintiff's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

**AND IT IS FURTHER STIPULATED** by and between Plaintiff, through its counsel, and Defendant Savitri Durkee, through her counsel, that Ms. Durkee's counterclaims against Plaintiff shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

{A063095.DOC/1}

IT IS SO STIPULATED:

| | |
|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | MAYER BROWN LLP |

_____
Toby M.J. Butterfield, Esq.
Matthew A. Kaplan, Esq.

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Facsimile: (212) 974-8474

Attorneys for Plaintiff Union Square Partnership, Inc.

Dated: 1/22/09

_____
A. John P. Mancini, Esq.
Gregory Frantz, Esq.
Tiffany H. Scott, Esq.

1675 Broadway
New York, NY 10019
Telephone: (212) 506-2296
Facsimile: (212) 262-1910

Attorneys for Defendant Savitri Durkee

Dated: 1/21/09

SO ORDERED
Dated: 1/22/09

_____
HON. _____, U.S.D.J.